# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**CAMPBELL FAMILY TRUST, et al.,**

      **Plaintiff,**                                          Case No. 2:15-cv-2923

  **v.**

                                                            **JUDGE FROST**

**J.P. MORGAN INVESTMENT
MANAGEMENT, INC., et al.,**

      **Defendant.**

## ORDER

Defendants JP Morgan Funds Management Inc. and JPMorgan Chase Bank NA's Motion to Dismiss for Failure to State a Claim (ECF No. 32) shall come on for a non-oral hearing on February 5, 2016 at 8:00 a.m.

**IT IS SO ORDERED.**

                                                                /s/ Gregory L. Frost
                                                               GREGORY L. FROST
                                                               UNITED STATES DISTRICT JUDGE