UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Nancy Goodman and Jacqueline Peiffer,** | : | |
| | : | **Case No. 2:14-CV-00414** |
| **Plaintiffs,** | : | |
| | : | **Judge Frost** |
| v. | : | |
| | : | **Magistrate Judge King** |
| **J.P. Morgan Investment Management, Inc.,** | : | |
| **JP Morgan Funds Management, Inc., and** | : | |
| **JPMorgan Chase Bank, N.A.,** | : | |
| | : | |
| **Defendants.** | : | |

| | | |
|---|---|---|
| **Campbell Family Trust, Jack Hornstein,** | : | |
| **Anne H. Bradley, Casey Leblanc,** | : | **Case No. 2:15-CV-2923** |
| **Jacqueline Peiffer, Joseph Lipovich, and** | : | |
| **Valderrama Family Trust** | : | **Judge Frost** |
| | : | |
| **Plaintiffs,** | : | **Magistrate Judge King** |
| | : | |
| v. | : | |
| | : | |
| **J.P. Morgan Investment Management, Inc.,** | : | |
| **JP Morgan Funds Management, Inc., and** | : | |
| **JPMorgan Chase Bank, N.A.** | : | |
| | : | |
| **Defendants.** | : | |

**JOINT MOTION FOR ENTRY OF AN ORDER APPLYING THE COURT'S
FEBRUARY 26, 2016 OPINION AND ORDER IN *CAMPBELL*
TO THE PENDING CLAIMS IN *GOODMAN***

Plaintiffs and Defendants jointly and respectfully move the Court for entry of an order applying the Court's February 26, 2016 Opinion and Order in the *Campbell* case (ECF No. 75 in Case No. 2:14-CV-00414) to the claims pending against Defendant JPMorgan Chase Bank, N.A. ("JPMCB") in the *Goodman* case. The grounds supporting this motion are set forth in the attached memorandum.

Respectfully submitted,

/s/ Matthew R. Wilson
David P. Meyer (Ohio Bar #0065205)
Matthew R. Wilson (Ohio Bar #0072925)
Michael J. Boyle, Jr. (Ohio Bar #0091162)
MEYER WILSON CO., LPA
1320 Dublin Road, Suite 100
Columbus, OH 43215
Tel: (614) 224-6000
Fax: (614) 224-6066
dmeyer@meyerwilson.com
mwilson@meyerwilson.com
mboyle@meyerwilson.com

Robin F. Zwerling (admitted pro hac vice)
Jeffrey C. Zwerling (admitted pro hac vice)
Susan Salvetti (admitted pro hac vice)
Andrew W. Robertson (admitted pro hac vice)
ZWERLING, SCHACHTER
& ZWERLING, LLP
41 Madison Avenue
New York, NY 10010
Tel: (212) 223-3900
Fax: (212) 271-6969
rzwerling@zsz.com
jzwerling@zsz.com
ssalvetti@zsz.com
arobertson@zsz.com

Stephen J. Oddo (admitted pro hac vice)
Gregory Del Gaizo (admitted pro hac vice)
ROBBINS ARROYO, LLP
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 525-3990
Fax: (619) 525-3991

*Attorneys for Plaintiffs*

/s/ Bradley T. Ferrell
Steven W. Tigges (Ohio Bar #0019288)
Bradley T. Ferrell (Ohio Bar #00709650)
ZEIGER, TIGGES & LITTLE LLP
41 South High Street, Suite 3500
Columbus, OH 43215
Tel: (614) 365-9900
Fax: (614) 365-7900
tigges@litohio.com
ferrell@litohio.com

Mark Holland (admitted pro hac vice)
Valerie A. Haggans (admitted pro hac vice)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: (212) 813-8800
Fax: (212) 355-3333
mholland@goodwinprocter.com
vhaggans@goodwinprocter.com

Michael K. Isenman (admitted pro hac vice)
GOODWIN PROCTER LLP
901 New York Ave NW
Washington, DC 20001
Tel: (202) 346-4000
Fax: (202) 346-4444
misenman@goodwinprocter.com

*Attorneys for Defendants*

**MEMORANDUM IN SUPPORT**

On February 26, 2016, the Court issued an Opinion and Order in *Campbell* granting JPMCB's motion to dismiss the claims against it. Although *Goodman* and *Campbell* involve different mutual funds and cover different periods, the claims asserted against JPMCB in *Goodman* are substantially similar to those in *Campbell*. Therefore, rather than have the parties brief and the Court resolve the same issues, the parties respectfully request that the Court enter an order applying its February 26, 2016 Opinion and Order in *Campbell* to the pending claims against JPMCB in *Goodman*. A proposed order is attached for the Court's consideration.

<table>
<tr><td>

/s/ Matthew R. Wilson
David P. Meyer (Ohio Bar #0065205)
Matthew R. Wilson (Ohio Bar #0072925)
Michael J. Boyle, Jr. (Ohio Bar #0091162)
MEYER WILSON CO., LPA
1320 Dublin Road, Suite 100
Columbus, OH 43215
Tel: (614) 224-6000
Fax: (614) 224-6066
dmeyer@meyerwilson.com
mwilson@meyerwilson.com
mboyle@meyerwilson.com

Robin F. Zwerling (admitted pro hac vice)
Jeffrey C. Zwerling (admitted pro hac vice)
Susan Salvetti (admitted pro hac vice)
Andrew W. Robertson (admitted pro hac vice)
ZWERLING, SCHACHTER
& ZWERLING, LLP
41 Madison Avenue
New York, NY 10010
Tel: (212) 223-3900
Fax: (212) 271-6969
rzwerling@zsz.com
jzwerling@zsz.com
ssalvetti@zsz.com
arobertson@zsz.com

Stephen J. Oddo (admitted pro hac vice)
Gregory Del Gaizo (admitted pro hac vice)
ROBBINS ARROYO, LLP
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 525-3990
Fax: (619) 525-3991

*Attorneys for Plaintiffs*

</td><td>

Respectfully submitted,

/s/ Bradley T. Ferrell
Steven W. Tigges (Ohio Bar #0019288)
Bradley T. Ferrell (Ohio Bar #00709650)
ZEIGER, TIGGES & LITTLE LLP
41 South High Street, Suite 3500
Columbus, OH 43215
Tel:  (614) 365-9900
Fax: (614) 365-7900
tigges@litohio.com
ferrell@litohio.com

Mark Holland (admitted pro hac vice)
Valerie A. Haggans (admitted pro hac vice)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: (212) 813-8800
Fax: (212) 355-3333
mholland@goodwinprocter.com
vhaggans@goodwinprocter.com

Michael K. Isenman (admitted pro hac vice)
GOODWIN PROCTER LLP
901 New York Ave NW
Washington, DC 20001
Tel: (202) 346-4000
Fax: (202) 346-4444
misenman@goodwinprocter.com

*Attorneys for Defendants*

</td></tr>
</table>

250-061:590555v2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Nancy Goodman and Jacqueline Peiffer,** | : | |
| | : | **Case No. 2:14-CV-00414** |
| **Plaintiffs,** | : | |
| | : | **Judge Frost** |
| v. | : | |
| | : | **Magistrate Judge King** |
| **J.P. Morgan Investment Management, Inc.,** | : | |
| **JP Morgan Funds Management, Inc., and** | : | |
| **JPMorgan Chase Bank, N.A.,** | : | |
| | : | |
| **Defendants.** | : | |

| | | |
|---|---|---|
| **Campbell Family Trust, Jack Hornstein,** | : | |
| **Anne H. Bradley, Casey Leblanc,** | : | **Case No. 2:15-CV-2923** |
| **Jacqueline Peiffer, Joseph Lipovich, and** | : | |
| **Valderrama Family Trust** | : | **Judge Frost** |
| | : | |
| **Plaintiffs,** | : | **Magistrate Judge King** |
| | : | |
| v. | : | |
| | : | |
| **J.P. Morgan Investment Management, Inc.,** | : | |
| **JP Morgan Funds Management, Inc., and** | : | |
| **JPMorgan Chase Bank, N.A.** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Plaintiffs' amended complaint (ECF No. 64) in *Goodman et al. v. J.P. Morgan Investment Management, Inc., et al.*, Case No. 2:14-CV-00414 asserts claims against three defendants: J.P. Morgan Investment Management, Inc., JP Morgan Funds Management, Inc., and JPMorgan Chase Bank, N.A.

2

On February 26, 2016, the Court issued an Opinion and Order (ECF No. 55) in the consolidated case, *Campbell Family Trust et al. v. J.P. Morgan Investment Management, Inc., et al.*, Case No. 2:15-CV-2923, dismissing similar claims against JP Morgan Chase Bank, N.A.

For the reasons set forth in that Opinion and Order, Plaintiffs' claims against Defendant JPMorgan Chase Bank, N.A. in Plaintiffs' amended complaint in Case No. 2:14-CV-00414 (ECF No. 64) are hereby dismissed.

**IT IS SO ORDERED.**

_____
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE