## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Nancy Goodman and Jacqueline Peiffer, | : | |
| | : | Case No. 2:14-CV-00414 |
| Plaintiffs, | : | |
| | : | Judge Frost |
| v. | : | |
| | : | Magistrate Judge King |
| J.P. Morgan Investment Management, Inc., | : | |
| JP Morgan Funds Management, Inc., and | : | |
| JPMorgan Chase Bank, N.A., | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| Campbell Family Trust, Jack Hornstein, | : | |
| Anne H. Bradley, Casey Leblanc, | : | Case No. 2:15-CV-2923 |
| Jacqueline Peiffer, Joseph Lipovich, and | : | |
| Valderrama Family Trust | : | Judge Frost |
| | : | |
| Plaintiffs, | : | Magistrate Judge King |
| | : | |
| v. | : | |
| | : | |
| J.P. Morgan Investment Management, Inc., | : | |
| JP Morgan Funds Management, Inc., and | : | |
| JPMorgan Chase Bank, N.A. | : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiffs' amended complaint (ECF No. 64) in *Goodman et al. v. J.P. Morgan Investment Management, Inc., et al.*, Case No. 2:14-CV-00414 asserts claims against three defendants: J.P. Morgan Investment Management, Inc., JP Morgan Funds Management, Inc., and JPMorgan Chase Bank, N.A.

On February 26, 2016, the Court issued an Opinion and Order (ECF No. 55) in the consolidated case, *Campbell Family Trust et al. v. J.P. Morgan Investment Management, Inc., et al.*, Case No. 2:15-CV-2923, dismissing similar claims against JP Morgan Chase Bank, N.A.

For the reasons set forth in that Opinion and Order, Plaintiffs' claims against Defendant JPMorgan Chase Bank, N.A. in Plaintiffs' amended complaint in Case No. 2:14-CV-00414 (ECF No. 64) are hereby dismissed.

**IT IS SO ORDERED.**

GREGORY L. FROST
UNITED STATES DISTRICT JUDGE